Steven G. Rosales
Attorney at Law: 222224
Law Offices of Lawrence D. Rohlfing
12631 East Imperial Highway, Suite C-115
Santa Fe Springs, CA 90670
Tel.: (562)868-5886
Fax: (562)868-5491
E-mail _steven_rohlfing.office@speakeasy.net

Attorneys for Plaintiff  JESSICA R. CLINGENPEEL

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

# FRESNO DIVISION

| | |
|---|---|
| JESSICA R. CLINGENPEEL, ) | Case No.: 1:13-CV-02009-SMS |
| ) | |
| Plaintiff, ) | STIPULATION TO EXTEND |
| ) | BRIEFING SCHEDULE; ORDER |
| vs. ) | THEREON |
| ) | |
| CAROLYN COLVIN, Acting ) | |
| ) | |
| Commissioner of Social Security, ) | |
| ) | |
| Defendant ) | |
| _____ ) | |

TO THE HONORABLE SANDRA M, SNYDER, MAGISTRATE JUDGE OF THE DISTRICT COURT:

Plaintiff Jessica R. Clingenpeel ("Plaintiff") and defendant Carolyn Colvin, Acting Commissioner of Social Security ("Defendant"), through their undersigned counsel of record, hereby stipulate, subject to approval of the Court, to extend the time for Plaintiff to file Plaintiff's Opening Brief to November 10, 2014; and that Defendant shall have until December 10, 2014, to file her opposition, if any is forthcoming.  Any reply by plaintiff will be due December 24, 2014.

An extension of time is needed because Plaintiff's Counsel's Spouse undergoes chemotherapy treatment for her Stage IV breast cancer which metastasized initially to her liver and continues to progress there and in her lungs, throat, and spine which required recent hospitalization to treat.  Counsel requires the additional time to file the Joint Position Statement to allow him to devote the appropriate time to assist his Spouse and his two elementary school aged children through this obviously stressful experience.   Counsel sincerely apologizes to the court for any inconvenience this may have had upon it or its staff.

DATE: October 1, 2014		Respectfully submitted,

		LAW OFFICES OF LAWRENCE D. ROHLFING

		/s/ *Steven G. Rosales*
		BY: _____
		Steven G. Rosales
		Attorney for plaintiff JESSICA R. CLINGENPEEL


DATED:  October 1, 2014		BENJAMIN WAGNER
		United States Attorney



		*/s/ Kevin G. Gill*

		_____
		Kevin G. Gill
		Special Assistant United States Attorney
		Attorney for Defendant
		[*Via email authorization]

1   IT IS HEREBY ORDERED that plaintiff may have an extension of time, to
2 and including November 10, 2014, in which to file Plaintiff's Opening Brief;
3 Defendant may have an extension of time to December 10, 2014 to file her
4 opposition, if any is forthcoming.  Any reply by plaintiff will be due December 24,
5 2014.
6   IT IS SO ORDERED.
7 DATE:  10/2/2014             /s/ SANDRA M. SNYDER
                                        UNITED STATES MAGISTRATE JUDGE
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26