Steven G. Rosales
Attorney at Law: 222224
Law Offices of Lawrence D. Rohlfing
12631 East Imperial Highway, Suite C-115
Santa Fe Springs, CA 90670
Tel.: (562)868-5886
Fax: (562)868-5491
E-mail _steven_rohlfing.office@speakeasy.net

Attorneys for Plaintiff  JESSICA R. CLINGENPEEL

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

# FRESNO DIVISION

| | |
|---|---|
| JESSICA R. CLINGENPEEL, | ) Case No.: 1:13-CV-02009-SMS |
| Plaintiff, | ) |
| vs. | ) STIPULATION TO EXTEND <br> ) BRIEFING SCHEDULE AND ORDER <br> ) THEREON |
| CAROLYN COLVIN, Acting | ) |
| Commissioner of Social Security, | ) |
| Defendant | ) |

TO THE HONORABLE SANDRA M, SNYDER, MAGISTRATE JUDGE OF THE DISTRICT COURT:

Plaintiff Jessica R. Clingenpeel ("Plaintiff") and defendant Carolyn Colvin, Acting Commissioner of Social Security ("Defendant"), through their undersigned counsel of record, hereby stipulate, subject to approval of the Court, to extend the time for Plaintiff to file Plaintiff's Opening Brief to November 24, 2014; and that Defendant shall have until January 12, 2015, to file her opposition, if any is forthcoming.  Any reply by plaintiff will be due January 27, 2015.

An extension of time for plaintiff is needed in order to properly address the issues within the administrative record in this matter.  Counsel sincerely apologizes to the court for any inconvenience this may have had upon it or its staff.

DATE: November 20, 2014         Respectfully submitted,

LAW OFFICES OF LAWRENCE D. ROHLFING

/s/ *Steven G. Rosales*
BY: _____
Steven G. Rosales
Attorney for plaintiff JESSICA R. CLINGENPEEL

DATED:  November 20, 2014       BENJAMIN WAGNER
United States Attorney

*/s/ Kevin G. Gill*

_____
Kevin G. Gill
Special Assistant United States Attorney
Attorney for Defendant
[*Via email authorization]

IT IS HEREBY ORDERED that plaintiff may have an extension of time, to and including November 24, 2014, in which to file Plaintiff's Opening Brief; Defendant may have an extension of time to January 12, 2015 to file her opposition, if any is forthcoming.  Any reply by plaintiff will be due January 27, 2015.

IT IS SO ORDERED.

DATED:  11/20/2014              /s/ SANDRA M. SNYDER
                                UNITED STATES MAGISTRATE JUDGE